

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 5-15-00
LORETTA G. WHYTE
CLERK

00-435

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CALL DOCKET _____ SECTION. L

You are hereby notified that the following cases in which issue is not joined, or in which no action has taken place within the past 60 days, will be called on **WEDNESDAY, JUNE 21, 2000, at 9:00 am by JUDGE ELDON E. FALLON**, and if no good cause be shown for such inaction, they will be dismissed:

96-554      JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL
ORDERED: _____

98-2446     DIANNE M. GUYTON V. REGIONS BANK, ET AL
ORDERED: _____

99-1790     DAVIS OIL COMPANY V. GULF CANADA RESOURCES LIMITED
c/w 93-587
ORDERED: _____

99-2296     CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL
ORDERED: _____

99-2937     DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL
ORDERED: _____

99-3087     KEITH LAURENDINE V. TEAMSTERS LOCAL 270, ETC.
ORDERED: _____

99-3375     MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL
ORDERED: _____

99-3476     SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL
ORDERED: _____

99-3734     IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC.
ORDERED: _____

99-3873     GERARD FAUCHEUX V. LA. WORKERS COMPENSATION CORP., ET AL
c/w 96-3602
ORDERED: _____

99-3918     PHILIP NASCA V. COX COMMUNICATIONS OF NEW ORLEANS
ORDERED: _____

99-3921     STEEL COILS, INC. V. MV CAPTAIN NICHOLAS I, ET AL
ORDERED: _____

00-130      TRAVELERS PROPERTY CASUALTY, ET AL V. BARGE MG-322, ET AL
ORDERED _____

00-238      IN RE: WILSON MARINE TRANSPORTERS
ORDERED: _____

00-267      KEITH LANDRY, ET AL V. MARINE TRANSPORT LINES, INC., ET AL
ORDERED: _____

_____Fee_____
_____Process_____
__X__Dktd_____
_____CtRmDep____
_____Doc.No._____

CALL DOCKET - WEDNESDAY, JUNE 21, 2000 - 9 AM - SECTION L

00-313      PERUSAHAAN PERTAMBANGAN MINYAK DAN V. MV CHAINAT NAVEE
ORDERED: _____

00-329      HARRY MENDOZA V. RONAL SERPAS, ET AL
ORDERED: _____

00429       NORTH AMERICAN CAPACITY INS. CO V. BRISTER'S THUNDER KARTS
ORDERED: _____

00-433      LABORERS NATIONAL PENSION FUND, ET AL V. ELAINE SMITH
ORDERED: _____

00-435      UNITED STATES OF AMERICA V  ADRIANE NORRIS HATCHER
ORDERED: _____

00-516      CARGILL FERROUS INT'L. V. MV REDUTA ORDONA, ET AL
ORDERED: _____

00-788      UNITED STATES OF AMERICA V. WESLEY P. LALONDE
ORDERED: _____

00-805      DEBRA SUSAN BRYANT, ET AL V. AETNA U. S. HEALTH CARE, ET AL
ORDERED: _____

Gaylyn M. Lambert
Courtroom Deputy - Section L
504-589-7686